IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **ESTATE OF WILLIAM MADDEN, et al.** | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No.: 1:21-cv-00672-SAG |
| **SOUTHWEST AIRLINES, CO.** | ) |
| **Defendant.** | ) |
| | ) |

## SOUTHWEST AIRLINES CO.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Southwest Airlines Co. ("Defendant" or "Southwest"), by and through undersigned counsel, in accordance with Federal Rule of Civil Procedure 12(b)(6), hereby files this Motion to Dismiss Plaintiff's Complaint and Memorandum in support thereof, and moves this Court to dismiss Plaintiff's Complaint (ECF 1) ("Complaint") for failure to state a claim upon which relief can be granted. In support thereof, Defendant states as follows:

1. That the Plaintiff has not properly pled a cause of action against Defendant upon which relief may be granted in accordance with Federal Rule of Civil Procedure 12(b)(6).

2. That Defendant is entitled to dismissal with prejudice as a matter of law.

3. That Defendant incorporates as if fully recited herein the factual and legal arguments contained in the attached memorandum of law.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this Court grant Defendant's Motion to Dismiss and dismiss each count of Plaintiff's Complaint with prejudice.

Dated: April 23, 2021

*/s/ Kathryn A. Grace*
Kathryn A. Grace, Esq. Bar No. 18770
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
703.852.7869 (Phone)
703.245.9301 (Fax)
kathryn.grace@wilsonelser.com

Ashley Wetzel, Esq. Bar No. 20196
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
500 East Pratt Street, Suite 600
Baltimore, MD 21202-3173
410-962-0312 (Phone)
410-962-8758 (Fax)
ashley.wetzel@wilsonelser.com

William J. Katt, Esq.
Admitted Pro Hac Vice
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
414.292.3018 (Phone)
414.276.8819 (Fax)
william.katt@wilsonelser.com

***Attorneys for Defendant Southwest Airlines Co.***

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> */s/ Kathryn A. Grace*
> Kathryn A. Grace, Esq.
> Bar No. 18770
> WILSON ELSER MOSKOWITZ
> EDELMAN & DICKER LLP
> 8444 Westpark Drive - Suite 510
> McLean, VA 22102-5102
> 703.852.7869 (Phone)
> 703.245.9301 (Fax)
> kathryn.grace@wilsonelser.com