**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| **ESTATE OF WILLIAM MADDEN, et al.** ) | |
|    **Plaintiffs,** ) | |
| v. ) | **Civil Action No.: 1:21-cv-00672-SAG** |
| **SOUTHWEST AIRLINES, CO.** ) | |
|    **Defendant.** ) | |
| ) | |

## ORDER

UPON CONSIDERATION OF Southwest Airline Co.'s Motion to Dismiss Plaintiff's Complaint and Memorandum of Law, any opposition thereto and for good cause shown, it is, this _____ day of _____, 2021, hereby,

ORDERED that Southwest Airline Co.'s Motion to Dismiss Plaintiff's Complaint is GRANTED; and it is further,

ORDERED that Plaintiff's Complaint is dismissed with prejudice.

                                                                _____
                                                                Judge